IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAIGE HART,<br><br>    Plaintiff,<br><br>v.<br><br>CONCERTA,<br><br>    Defendant. | Case No. 25-2612-HLT-ADM |

# **ORDER**

    This matter comes before the court on pro se plaintiff Paige Hart's Motion to Proceed Without Prepayment of Fees. (ECF 3.) Title 28 U.S.C. § 1915 allows courts to authorize commencing a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security therefor." Here, Hart submitted the court's form affidavit of financial status, but it is incomplete. Specifically, she left blank the portion of the form asking for her average monthly income from various sources (such as employment or unemployment benefits) during the past 12 months. She also did not complete the question asking about the amount of cash she has on hand, nor many other portions of the form. Because of the missing information, the court cannot determine whether Hart is unable to pay the filing fee. *See Lister v. Dep't Of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (ruling that movant must show a financial inability to pay the required filing fee to succeed on a motion to proceed in forma pauperis).

    For this reason, the court directs Hart to file a complete, supplemental financial affidavit providing all of the requested information by **November 7, 2025**. The court cautions Hart that failure to file the supplemental affidavit by this date will likely result in the court recommending

that the district judge dismiss this case for her failure to pay the required filing fee or to establish that she is entitled to proceed in forma pauperis.

**IT IS THEREFORE ORDERED** that Hart file a supplemental affidavit by **November 7, 2025,** in accordance with the directions provided in this order.

**IT IS FURTHER ORDERED** that the clerk's office mail a copy of this order, along with a blank form affidavit of financial status, to Hart via certified mail.

**IT IS SO ORDERED.**

Dated October 24, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell  
Angel D. Mitchell  
U.S. Magistrate Judge